No. 84–6845.  MARK, AKA WILLIAMS v. CALDWELL ET AL. C. A. 5th Cir.  Certiorari denied.

No. 84–6931.  MARTINEZ-VALDEZ v. UNITED STATES.  C. A. 11th Cir.  Certiorari denied.

No. 84–6932.  CHITTY v. UNITED STATES.  C. A. 2d Cir. Certiorari denied.

No. 85–17.  VERNON v. MAGGIO, WARDEN.  C. A. 5th Cir. Certiorari denied.

No. 85–43.  SENFT ET AL. v. UNITED STATES.  C. A. 2d Cir. Certiorari denied.

No. 85–44.  BERGMAN v. UNITED STATES ET AL.  C. A. 10th Cir.  Certiorari denied.

No. 85–79.  TOLAND v. ARKANSAS.  Sup. Ct. Ark.  Certiorari denied.

No. 85–211.  DRACOS, ADMINISTRATRIX FOR THE ESTATE OF DRACOS v. HELLENIC LINES LTD.  C. A. 4th Cir.  Certiorari denied.

No. 85–221.  JENSEN v. HECKLER, SECRETARY OF HEALTH AND HUMAN SERVICES.  C. A. 8th Cir.  Certiorari denied.

No. 85–222.  BAKER, INDIVIDUALLY AND DBA BAKER COAL CO. v. UNITED STATES.  C. A. 3d Cir.  Certiorari denied.

No. 85–234.  UNITED ARTISTS COMMUNICATIONS, INC. v. UNITED STATES ET AL.  C. A. 7th Cir.  Certiorari denied.

No. 85–263.  MAGGETTE v. COOK COUNTY POLICE AND CORRECTIONS MERIT BOARD ET AL.  App. Ct. Ill., 1st Dist.  Certiorari denied.

No. 85–273.  FLORIDA v. ROSS.  Dist. Ct. App. Fla., 4th Dist. Certiorari denied.

No. 85–287.  COURT HOUSE PLAZA CO. v. CITY OF PALO ALTO ET AL.  Ct. App. Cal., 6th App. Dist.  Certiorari denied.